**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6627**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EARL SCOTT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior District Judge.  (CR-89-183, CA-97-738)

———————

Submitted:  December 15, 1998       Decided:  February 10, 1999

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Earl Scott, Appellant Pro Se.  Cameron Glenn Chandler, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Scott seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's judgment and order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Scott, Nos. CR-89-183; CA-97-738 (D.S.C. Dec. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED